UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR04-88T

Paula J. Figuried
Defendant.

**EXHIBIT RECEIPT**

**Government's** Jury Trial Exhibit(s)- 1-25, 29, 31-33, 35-37, 39-41, 45-49.

Poster board exhibit #'s: 26, 27, 28, 30, 34, and 38.

David A. DiMarzio, Clerk

Randy Smith
Deputy Clerk

Signature of ~~Attorney~~
Date: 6/10/08

Arthur Kimball-Stanley
Law Student Intern